IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON WALLACE
ADC # 165279                                                                           PLAINTIFF

v.                                  Case No. 4:16-cv-00828-KGB

WILLIAM O. JAMES, *et al.*                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Brandon Wallace's claims are dismissed without prejudice.

So adjudged this the 15th day of December, 2017.

_____
Kristine G. Baker
United States District Judge